RECEIVED
JAN 1 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH A. ROMERO | CIVIL ACTION NO. 6:14-cv-1164 |
| LA. DOC #125620 | |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| WARDEN BURL CAIN | MAGISTRATE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16th day of January, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE